FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCIA PERNA, an Individual | Case No: 2:23-cv-00129-CDS-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| STATION GVR ACQUISITION LLC dba Green Valley Ranch Resort Spa & Casino, a Nevada Limited Liability Company, and DOES 1-50, inclusive; and ROE CORPORATIONS 1-50, inclusive, | **(First Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant will have an extension of time up to and including March 6, 2023 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). Defendant's counsel needs additional time to review the facts of this matter and also has a number of events and deadlines in other cases. This is the first request for an

1 | extension of this deadline.

2 | HKM Employment Attorneys LLP         FISHER & PHILLIPS LLP

4 | By: /s/ Jenny L. Foley, Esq.          By: /s/ Scott M. Mahoney, Esq.
JENNY L. FOLEY, PhD., ESQ.             Scott M. Mahoney, Esq.
5 | 101 Convention Center Drive, Suite 600   300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89109                Las Vegas, Nevada 89101
6 | Attorneys for Plaintiff                Attorney for Defendant

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 21, 2023

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 46382850.1

- 2 -