# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARCIA PERNA,

    Plaintiff(s),

v.

STATION GVR ACQUISITION LLC,

    Defendant(s).

Case No. 2:23-cv-00129-CDS-DJA

**NOTICE TO COUNSEL**

"[T]he court's time is a public commodity which should not be squandered." *United States v. Reaves*, 636 F. Supp. 1575, 1578 (E.D. Ky. 1986) (citation and internal quotations omitted). The undersigned expended several hours preparing for and presiding over an early neutral evaluation in this case.[1] During that process, it was made clear that the parties have not intended to litigate this case in this venue, but nonetheless continued forward in this forum on an interim basis as a means to obtain an early neutral evaluation session. To be clear moving forward, this District's precious judicial resources are invested into the early neutral evaluation program to provide an opportunity to resolve cases that the parties would otherwise litigate here; judicial resources are not expended to provide a cost-free alternative dispute resolution opportunity on matters that the parties do not intend to litigate here.

IT IS SO ORDERED.

Dated: May 4, 2023

                                              Nancy J. Koppe
                                              United States Magistrate Judge

---

[1] Compounding the problems in this case, counsel on several occasions relied on documents that were not provided as exhibits to their submissions, in violation of the order setting the early neutral evaluation. Docket No. 9 at 2. Such shortcoming resulted in wasted time during which the Court was unaware of those documents and frustrated the ability to conduct the early neutral evaluation in an orderly manner.