FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant, Station GVR Acquisition LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARCIA PERNA, an Individual<br><br>Plaintiff<br><br>vs.<br><br>STATION GVR ACQUISITION LLC dba Green Valley Ranch Resort Spa & Casino, a Nevada Limited Liability Company, and DOES 1-50, inclusive; and ROE CORPORATIONS 1-50, inclusive,<br><br>Defendant | Case No: 2:23-cv-00129-CDS-DJA<br><br>**STIPULATION AND ORDER FOR DISMISAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

| HKM Employment Attorneys LLP | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Mike Arata, Esq.<br>Mike Arata, Esq.<br>101 Convention Center Drive, Suite 600<br>Las Vegas, Nevada 89109<br>Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>Attorney for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: August 15, 2023

- 1 -

FP 47618996.1